UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM ARTHUR CLARK, | ) | Case No. CV 11-87-CJC (PJW) |
| Petitioner | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES DISTRICT COURT, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Motion for Extension of Time to File Habeas Petition and Dismissing Matter Without Prejudice,"

IT IS ADJUDGED that the Request is denied and this matter is dismissed without prejudice.

DATED: January 14, 2011.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Ord deny habeas exten req_Judgment.wpd